**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN AARON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 09-0831 (HHK) |

**[PROPOSED] ORDER**

THIS CAUSE comes before the Court upon Defendant's First Motion for Extension of Time in which to file its dispositive motion.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Defendants shall have up to and including **October 21, 2009**, in which to file its dispositive motion.

DONE AND ORDERED in Chambers in Washington, District of Columbia, this ___ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN AARON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-0831 (HHK) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S FIRST MOTION FOR EXTENSION OF TIME

Defendant United States Department of Justice, pursuant to Fed. R. Civ. P. 6(b)(1), respectfully requests an enlargement of time of twenty-eight business days, up to and including October 21, 2009, to file a dispositive motion in this case. Good cause exists to grant this motion.

1. On August 27, 2009, the undersigned entered her appearance as substitute counsel for Defendant.

2. Defendant requests the additional time due to the press of other matters, to have the opportunity to confer with agency counsel, and due to Defendant's counsel's previously scheduled leave during the month of September.

3. This request is not for purposes of delay, but is necessary for Defendant to be able to adequately prepare its dispositive motion. This is Defendant's first request for an extension of time.

4. The undersigned counsel conferred with Plaintiff's counsel, in accordance with Local Rule 7(m), and Plaintiff opposes the relief requested herein.

5. A proposed order is attached.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant's Motion for Extension of Time and allow Defendant up to and including October 21, 2009, in which to file its dispositive motion.

Dated: September 4, 2009         Respectfully submitted,

_____

CHANNING D. PHILLIPS, D.C. Bar # 415793
Acting United States Attorney

_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

         /s/ Karen M. Finnegan

KAREN M. FINNEGAN, PA Bar # 67182
Special Assistant United States Attorney
Executive Office for United States Attorneys
BICN Building, Room 7300
600 E. Street, N.W.
Washington, D.C.  20530
(202) 514-3228
karen.finnegan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September 2009, a copy of the foregoing Motion for Extension of Time was served on Plaintiff by first class mail addressed to:

> Scott A. Hodes, Esquire
> P.O. Box 42002
> Washington, D.C.  20015

KAREN M. FINNEGAN
Special Assistant United States Attorney