UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John Aaron, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  09-0831 (HHK) |
| ) | |
| U.S. Department of Justice ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE ITS DISPOSITIVE MOTION**

Defendant has moved to extend its time to file a dispositive motion in this matter to on or before October 21, 2009 from the previously agreed upon date of September 11, 2009.  For the reasons provided below, Defendant opposes this request to extend the time to file a dispositive motion in this matter.

Plaintiff submitted his request to the Department of Justice's Executive Office for United States Attorneys ("EOUSA") on February 6, 2006.  Declaration of John Aaron at ¶ 3, attached herein ("Aaron Decl.").  The records concern the recusal of United States Attorney Leura Canary in the prosecution of Richard M. Scrushy and Don Eugene Siegelman.  Id., ¶¶ 4-5.

Defendant EOUSA denied the request in full on June 21, 2006.  Complaint, ¶15.  Plaintiff promptly filed an administrative appeal of the EOUSA decision to the Department of Justice's Office of Information and Privacy ("OIP").  Id.,¶ 16 .  The administrative appeal was successful and the request was remanded to Defendant EOUSA for processing on September 18, 2006. Id.,¶ 18.  Defendant EOUSA responded to the remanded request on June 27, 2007 by releasing only two (2) pages of responsive material and again denying the majority of responsive records

in full (514 pages). Id., ¶ 20. Plaintiff once again promptly filed an administrative appeal of the EOUSA action on July 17, 2007. Id., ¶ 21. OIP again remanded the request for further processing on December 7, 2007. Id., ¶ 22. By letter dated April 30, 2009, Defendant EOUSA released 187 pages of newspaper articles, stated that three pages of responsive material had been referred to another agency and then misstated the OIP appeal result by saying OIP had affirmed EOUSA's earlier action. EOUSA did not process nor release any further material. Id., ¶ 26.

Unable to have Defendant EOUSA process his request in a timely manner as another component of the Department of Justice had ordered it to do, Defendant was forced to file this lawsuit on May 6, 2009. The parties agreed on a schedule for handling this case and by a Joint Status Report indicated to the Court that they had agreed that Defendant would file its dispositive motion by September 11, 2009. Joint Status Report filed July 2, 2009. Defendant's previous counsel withdrew from this case on August 26, 2009 and Defendant's new counsel now seeks an extension of time to file Defendant's dispositive motion until October 21, 2009.

Plaintiff opposes Defendant's motion. As of this date, Plaintiff has received no non-public documents from his request either in part or in whole, even though the request was originally made over three years ago. Plaintiff is unaware of what documents are responsive to his request, or even the number of documents that are actually responsive to his request. See Answer, ¶ 20 ("Admit that EOUSA released two pages of records in full, and that its letter stated that 514 pages were withheld in full, but aver that a subsequent recount resulted in a substantially different and lesser number withheld in full.")[1] As Plaintiff explains, he is sharing the records sought and other filings in this case with attorneys representing Richard M. Scrushy in his pending motion for a new trial. Aaron Declaration, ¶¶6-10. Mr. Scrushy's reply in this matter is

---

[1] Plaintiff has never been informed of what this new number actually is.

due on September 21, 2009. Id. at ¶ 7. Either intentionally, negligently, or through supreme indifference, the Government's continued requests for delay, especially the latest request, will have the effect of precluding the use of these documents in Mr. Scrushy's pending motion and the latest delay may result in irreparable harm to Mr. Scrushy, who is incarcerated as a result of the conviction which is the subject matter of his new trial motion. Id. at ¶ 9.  Due to time limits applicable to motions for new trial under Fed. R. Crim. P. 33(b)(1), if Mr. Scrushy is unable to obtain these documents for use in his pending motion, he may be precluded from ever presenting them to any court to overturn his conviction. The Department of Justice, which is a party to both proceedings will have succeeded in blocking Mr. Scrushy from obtaining relief from a criminal conviction simply by delaying the production of documents which have been sought for over three years. Id.

Thus, Plaintiff seeks either the enforcement of the previously agreed upon date or, at the very least, that he be provided an inventory describing what records have actually been withheld from him in response to his FOIA request.  Because the parties agreed to a timetable for this case over two months ago, Defendant EOUSA should have had ample of time to either process the records for release or, at the very least complete an inventory of responsive records.

Plaintiff understands Defendant counsel's scheduling difficulty described in Defendant's motion and merely asks that, even if a dispositive motion is not filed by September 11, 2009, he receive either a release of documents or an inventory of documents encompassing the request by that date. Id. at ¶ 10.  Defendant has declined to even provide this at a specified date.  Because of the demonstrable harm of continued delay on the production and use of these documents in

Mr. Scrushy's new trial motions and Defendant's refusal to provide an inventory of documents of a specific date, Plaintiff opposes Defendant's motion to extend its time to file its Dispositive Motion to October 21, 2009.

Dated September 4, 2009                               Respectfully submitted,

                                                      /s/
                                                      Scott A. Hodes, D.C. Bar #430375
                                                      P.O. Box 42002
                                                      Washington, D.C. 20015
                                                      (301) 404-0502
                                                      (413) 641-2833 (Fax)

                                                      *Counsel for Plaintiff*