UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| John Aaron, | ) | |
|     Plaintiff, | ) ) ) | |
| v. | ) | Civil Action No.:  09-0831 (HHK) |
| U.S. Department of Justice | ) ) ) | |
|     Defendant. | ) ) | |

**ORDER**

UPON CONSIDERATION of the Defendant's Motion for an Extension of Time in which to file a dispositive motion, Plaintiff's Opposition thereto and all pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby:

ORDERED that Defendant's Motion is DENIED, and it is further

ORDERED that Defendant shall have up to and including September 11, 2009, in which to file either its dispositive motion, release all requested documents or provide a detailed inventory of the records at issue in this matter.  If an inventory is produced by September 11, 2009, Defendant may have up to October 21, 2009 in which to file its dispositive motion.

 September 11, 2009
DATE

HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE